NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO JOSE CALDERON LOPEZ,**

*Plaintiff-Appellant*

**v.**

**MARTIN J. O'MALLEY, Commissioner of the Social Security Administration,**

*Defendant-Appellee*

---

2024-1963

---

Appeal from the United States District Court for the District of Columbia in No. 1:19-cv-01851-KBJ, Judge Ketanji Brown Jackson.

---

PER CURIAM.

## O R D E R

On May 25, 2021, the United States District Court for the District of Columbia dismissed Ricardo Jose Calderon Lopez's complaint seeking reinstatement of his disability insurance benefits.  On June 11, 2024, Mr. Calderon Lopez filed a notice of appeal directed to this court from a decision entered "05/25/2021" in the district court action.  ECF No. 1-2 at 1.

2                                                                 CALDERON LOPEZ v. O'MALLEY

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 60 days after entry of final judgment when the case involves United States officers, 28 U.S.C. § 2107; Fed. R. App. P. 4. Here, Mr. Calderon Lopez's notice of appeal, filed more than three years after the district court's decision, is clearly untimely. For at least this reason, we and any other court of appeals lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 23, 2024
Date